Matter of Maurice B. Blumenthal, as Receiver, Etc., Respondent, *v.* Simon Buttner, Appellant.

Appeal from an order of the Special Term.

Howard A. Sperry, for appellant.

Solon Berrick, for respondent.

O'Dwyer, J.   Order appealed from affirmed, with costs.

Conlan, J., concurs.

Order affirmed, with costs.

---

Max Flicker, Appellant, *v.* Louis Grauer, Respondent.

Appeal from a judgment in favor of defendant, and from an order denying a motion for a new trial.

A. H. Berrick, for appellant.

Charles G. F. Wahle, for respondent.

O'Dwyer, J.   Judgment and order appealed from affirmed, with costs.

Conlan, J., concurs.

Judgment and order affirmed, with costs.

---

Dora M. Thomas, Respondent, *v.* Charles F. Risley, Appellant.

Appeal from a judgment entered by direction of the court, and from an order denying a motion for a new trial.

Theodore H. Friend, for plaintiff.

John A. Crow, for defendant.

*Per Curiam.*   Judgment affirmed, with costs.

Present: Conlan and O'Dwyer, JJ

Judgment affirmed, with costs.